980 F.2d 722
 Manning (Richard deY)
v.
Maloney (John J.), Morgan (J.R.), Fahey (Phillip M.), Howard
(C.H.), Mc Cabe (D.G.), Goldflam (J.G.), Whitman (H.), Hogan
(J.), Amorose (C.J.), Prinderville (R.A.), Weil (F.L.),
Menshal (Mark), Keep (Brian)
 NO. 92-7150
 United States Court of Appeals,
Third Circuit.
 Oct 05, 1992
 
 Appeal From: M.D.Pa.,
 McClure, J.,
 
 787 F.Supp. 433
 
 1
 AFFIRMED.